**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 518 MAL 2021

       Respondent                 :

                                       :    Petition for Allowance of Appeal
                                       :    from the Order of the Superior Court

           v.                        :

                                       :

WILLIAM THOMA ROMBERGER,        :

                                       :

           Petitioner                :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 14th day of February, 2022, the Petition for Allowance of Appeal is **DENIED**.